952

No. 653. COUTO v. SHAUGHNESSY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Aaron L. Danzig* for petitioner. *Solicitor General Sobeloff* for respondent.

No. 743. FELDMANN ET AL. v. PERLMAN ET AL. C. A. 2d Cir. Certiorari denied. *Arthur H. Dean* and *Howard T. Milman* for petitioners. *Eugene Eisenmann* and *William E. Haudek* for respondents.

No. 747. FAIRBAIRN, ADMINISTRATRIX, v. NORTH ATLANTIC & GULF STEAMSHIP Co. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Eugene Underwood* for respondent.

No. 749. HENRY HEIDE, INC. v. NATIONAL LABOR RELATIONS BOARD; and

No. 783. CANDY AND CONFECTIONERY WORKERS UNION, LOCAL 452, AFL, v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Godfrey P. Schmidt, Theodore Kiendl, William R. Meagher* and *Rufus D. McDonald* for petitioner in No. 749. *Lawrence Kovalsky* for petitioner in No. 783. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Rosanna A. Blake* for respondent. Reported below: 219 F. 2d 46.

No. 750. CEFALU v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Fred A. Blanche* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, John H. Mitchell, Joseph M. Howard* and *James X. Kilbridge* for the United States.